**FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| RICHARD D. HURLES, | No. 08-99032 |
| Petitioner - Appellant, | D.C. No. 2:00-CV-00118-RCB District of Arizona, Phoenix |
| v. | |
| DORA B. SCHRIRO, | ORDER |
| Respondent - Appellee. | |

Before: PREGERSON, D.W. NELSON, and IKUTA, Circuit Judges.

The Court takes the respondent's Motion for Ruling on Respondent-Appellees' Petition for Rehearing En Banc and the petitioner's Motion to remand pursuant to *Martinez v. Ryan*, 132 S.Ct. 1309 (2012), under submission. The Court defers ruling on these motions pending the resolution of *Detrich v. Ryan*, No. 08-99001.

**IT IS SO ORDERED.**